UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-21353-CV-MARTINEZ

GOLDEN KRUST FRANCHISING, INC.,

    Petitioner,

v.

KEITH CLAYBORNE, BERNADETTE
CLAYBORNE, 7 "K" CORP., GOLDEN
KRUST #6, LLC, and GOLDEN KRUST #7,
LLC,

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for appropriate disposition of post-judgment matters pursuant to 28 U.S.C. § 636 (DE 63). On April 20, 2021, Magistrate Judge Otazo-Reyes filed an Omnibus Order and Report and Recommendation ("R&R") requiring Subpoena Respondents to respond without objections to Petitioner's post-judgment discovery requests within 20 days, and granting Petitioner's request for attorneys' fees relating to the subpoena motions. (DE 83). Judge Otazo-Reyes further recommended that Petitioner's motion for entry of final judgment in garnishment against BBVA and JPMorgan Chase be granted. (*Id*.). Objections to the Omnibus Order and R&R were due May 4, 2021. Defendants Kenneth and Bernadette Clayborne timely filed *pro se* objections but failed to address the merits of Judge Otazo-Reyes' Order and R&R. No other party filed objections and the time to do so has now expired. Upon *de novo* review, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Omnibus Order and R&R (DE 83) is **AFFIRMED** and **ADOPTED**. Petitioner shall submit a proposed final judgment to Chambers no later than **May 21, 2021**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE